IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-10100
Conference Calendar
_____

BOBBY HOLMAN,

                                        Plaintiff-Appellee,

versus

JAMES REEDOM,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:00-CV-1760-Y
- - - - - - - - - -
June 13, 2001

Before WIENER, DeMOSS, and DENNIS, Circuit Judges.

PER CURIAM:[*]

    James Reedom appeals from the district court's order remanding Reedom's case to state court for lack of subject matter jurisdiction.  Because this court lacks appellate jurisdiction to review a district court's remand order based on lack of subject matter jurisdiction, this appeal is dismissed.  See Albarado v. Southern Pac. Transp. Co., 199 F.3d 762, 764 (5th Cir. 1999).  Reedom's motions to show cause and for contempt are denied.

    APPEAL DISMISSED; MOTIONS DENIED.

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.